IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE EARL RUDOLPH. | ) |
| Petitioner, | ) |
| vs. | )  CIVIL ACTION 06-00280-KD-B |
| GWENDOLYN MOSLEY, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court with the following amendment to the last sentence of the first paragraph which shall read as follows:

Upon careful consideration, it is recommended that this action be dismissed as barred by, 28 U.S.C. § 2244(b)(3)(A), and that judgment be entered in favor of Respondent Gwendolyn Mosley and against Petitioner Joe Earl Rudolph on all claims.

Therefore, it is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this the 17th day of November, 2006.

 s / Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**